IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ELLIONA S. BROWN, individually and on behalf of a class,** : : : | |
| **Plaintiff,** : : | |
| v. : : | Civil Case No.: 1:22-cv-03744-MLB-CMS |
| **NAVY FEDERAL CREDIT UNION,** : : | |
| **Defendant.** : : | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Navy Federal Credit Union.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: none.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Rasheed McWilliams; Chava Brandrsiss (*pro hac vice* forthcoming); Patrick Curran (*pro hac vice* forthcoming).

This 6th day of October, 2022.

                **DAVIS WRIGHT TREMAINE LLP**

                */s/ Rasheed McWilliams*_____
                Rasheed McWilliams (SBN 429360)
                865 S Figueroa St., Suite 2400
                Los Angeles, CA 90017
                Telephone: (213) 633-8620
                Facsimile:  (213) 633-6899
                Email:rasheedmcwilliams@dwt.com

                *Counsel for Defendant*
                *Navy Federal Credit Union*

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that, pursuant to LR7.1D, ND Ga, this filing has been prepared in an approved font, namely Times New Roman 14. Counsel hereby certifies that the margins are in compliance with LR5.1D.

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Rasheed McWilliams*_____
Rasheed McWilliams (SBN 429360)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the following counsel of record:

>Shimshon Wexler
>The Leach Firm, P.A.
>631 S. Orlando Avenue, Suite 300
>Wells Fargo Building
>Winter Park, FL 32789
>Tel:  770-728-8478
>Email:  swexleresq@gmail.com

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Rasheed McWilliams*
Rasheed McWilliams (SBN 429360)